JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

E.D.L.,

Petitioner,

v.

FERETI SEMAIA, ETC., ET AL.,

Respondents.

No. ED CV 26-3672-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is granted in part: (1) Respondents must immediately release Petitioner (A# 200-245-772) from detention on reasonable conditions; and (2) Respondents are enjoined from any further re-detention of Petitioner, absent at least seven (7) days prior notice and a pre-detention hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: July 15, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE